| | |
|---|---|
| <u>DEFENDANT</u>: | HECTOR MORENO-CERRILLO |
| <u>AGE/YOB</u>: | 1988 |
| <u>COMPLAINT FILED?</u> | _____ Yes   \_\_\_X\_\_\_\_ No <br> If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | \_\_ Yes   \_\_ No |
| <u>OFFENSE(S)</u>: | **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance <br><br> **Count 25:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same |
| <u>LOCATION OF OFFENSE:</u> | Denver County; Denver, Colorado |
| <u>PENALTY</u>: | **Count 1** <br> NLT 5 years, <br> NMT 40 years imprisonment <br> At least 4 years Supervised Release <br> $5,000,000 fine <br> $100 Special Assessment <br><br> **Count 25** <br> NLT 5 years <br> NMT 40 years imprisonment <br> At least 4 years Supervised Release <br> $5,000,000 fine <br> $100 Special Assessment |
| <u>AGENT:</u> | Michael Gutke <br> Special Agent, Drug Enforcement Administration |
| <u>AUTHORIZED BY:</u> | Stephanie Podolak <br> Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

___ five days or less; __X_ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.